Filed Sept. 30, 1891.

---

No. 222.

## SAMPLES ET AL. *v.* THE STATE, EX REL. GUTHRIE.

BILL OF EXCEPTIONS.—*When Not Presented in Season.*—Where the motion for a new trial was overruled on the third day of October, 1889, and forty days from that time were given in which to file a bill of exceptions, a bill of exceptions presented to the judge for his signature on the 13th day of November, 1889, was not presented in season. By excluding the first day, and including the last, the bill was not presented until the forty-first day. A bill of exceptions does not become a part of the record unless it has been presented to the judge for his signature within the time allowed.

From the Greene Circuit Court.

*W. W. Moffett* and *C. E. Davis*, for appellants.
*J. D. Alexander*, *H. W. Letsinger*, *V. Carter* and *W. T. Brown*, for appellee.

NEW, C. J.—This was an action by the appellee against the appellants—one of whom was a constable and the others his sureties—to recover damages for the alleged wrongful selling of the relator's property, the same having been claimed by him as exempt from execution.

In the court below there was a judgment in favor of the appellee for $70.

The appellants assign as error the overruling of their motion for a new trial.

The reasons named for a new trial were, that the finding of the court was not sustained by sufficient evidence, and was contrary to law.

The motion for a new trial was overruled on the 3d of October, 1889, and the court gave to the appellants forty days from that time in which to file their bill of exceptions.

The bill was not presented to the judge for his signature until November 13th, 1889.

According to the recognized mode of computing time in such cases, we must exclude the 3d day of October, when the leave was given, and include the 13th of November, the day on which the bill was presented and signed. This gives twenty-eight days in October and thirteen days in November, showing that the bill was presented on the forty-first day. The bill was not presented to the judge for his signature within the time allowed.

A bill of exceptions does not become a part of the record unless it has been presented to the judge for his signature within the time limited.

In the absence of the evidence the error assigned can not be effectual.

The judgment is affirmed, with costs.

Filed Oct. 1, 1891.